PENDLETON CORRECTIONAL FACILITY
Pendleton, Indiana    State Form 8532
SCANNED at PENDLETON 7-11-23 by MK - 10 pages DOC No. _____
NAME: _____    20___
FILED
07/11/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

United States District Court
Southern District of Indiana
Indianapolis, Division

Bradford Dean Bouye JR

V.

1:23-cv-01279-JPH-TAB

The Clerk of the U.S. District Court, John's and Jane's DOE
The facility mail room staff, John's and Jane's DOE
The facility Internal Investigator's, John's and Jane's DOE
The Law Library staff  John DOE's

## Affidavit

### 1. Civil Rights Complaint

(1). This is a civil right action authorized by 42 U.S.C Section 1983 to redress the deprivation, under color of State law, Of rights secured by the Constitution of the United States. The court has jurisdictions under 28 U.S.C Section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C section 2283, 2284 and Rule 65 of the federal Rules of Civil procedure.

(2). The southern District of Indiana is an appropriate Venue under 28 U.S.C Section 1391(b)(2) because it is whether the events giving rise to this claim occurred.

(3). Plaintiff, Bradford Dean Bouye JR, is and was at all time's mention herein a prisoner of the State of Indiana In the custody of the Indiana Department of Correction's. I am currently confined in Pendleton Correctional facility, in Pendleton, Indiana.

Number of Defendants unknown.

(4). All Defendants are being sued in their individual and Official Capacity, none of these staff acted or acting in good faith.

(5). My, Bradford Dean Bouye JR, United States Constitutional first (1st) and 4th amendment rights are being Violated. Due to facility Directive 187

(6). I, Bradford Dean Bouye JR, is an inmate at the Pendleton Correctional facility, thats being forced to electronically file my correspondence to the United States District Court.

(7). I, Bradford Dean Bouye JR, on 12-3-2021 filed an Civil Right Complaint - 1:21-CV-2968-JMS-MPB, the complaint was an six (6) page handwritten.

(8) I, Bradford Dean Bouye JR, on 2-22-2023 filed an Civil Right Complaint - 1:23-CV-00329-RLY-TAB, the complaint was an Affidavit, 35 pages with exhibits (evidence) Handwritten.

(9) I, Bradford Dean Bouye JR, on 3-8-2023 filed an Civil Right Complaint - 1:23-CV-00415-JPH-TAB, the complaint was an Affidavit, handwritten 22 pages with exhibits (evidence).

(10) I, Bradford Dean Bouye JR, on 4-10-2023 filed an Civil Right Complaint - 1:23-CV-00614-TWP-KMB, the Complaint was an Affidavit, handwritten 7 pages with exhibits (evidence).

(11) I, Bradford Dean Bouye JR, on 4-14-2023 filed an Civil Right Complaint - 1:23-CV-00648-RLY-TAB, the Complaint was an Affidavit, handwritten 18 pages with exhibits (evidence).

(12) I, Bradford Dean Bouye JR, on ~~5-11-2023~~ 4-21-2023 filed an Civil Right Complaint - 1:23-CV-00692-TWP-TAB, the Complaint was an Affidavit, handwritten 7 pages with exhibits.

(14) I, Bradford Dean Bouye JR, on 6-16-2023 filed an Motion Showing Cause - Case No. 1:23-CV-00415-JPH-TAB with attached 8 pages of exhibits (evidence).

(15) I, Bradford Dean Bouye JR, on 6-22-2023 filed an Motion Affidavit, for the court to take Judicial Notice of exhibits, 10 pages in total. Case No. 1:21-CV-02968-JMS-MG, Never received an "Notice of Electronic filing

(16) I, Bradford Dean Bouye JR, on 6-30-2023 filed an Affidavit - Retaliation / Tampering with my E-filing, 14 pages Never received an "Notice of Electronic filing" Case No. 1:21-CV-0296-JMS-MG

(17) I, Bradford Dean Bouye JR, Never ask anyone to type out, modify or summarized my complaints and or motions.

(18) The United States District Court has asked me, Bradford Dean Bouye JR, to file motion to proceed IN Forma Pauperis, to send inmate trust account records, to show cause. All them items they asking for was included in my initial complaint and exhibits (evidence)

(19) I, Bradford Dean Bouye JR has filed numerous Retaliation that has been committed toward me, my family. Like staff members telling other inmates that I'm snitching, staff changing my Mental Health code to make me look like I'm a drug user. This facility and centeral office conspiring, having the attorney general get the judge to throw out my disciplinary Habeas Corpus. Everyday that we are fed breakfast in the cell-house the C/o's almost feed the range I'm on last. These people have put the Aryan Brother-hood symbol on my tray lid. I have E-filed all these retaliations and the court have not responded.

(20) The facility Internal Investigator's has access to the facility main computor system. To review e-mails and or censor (tamper) with my correspondence to the United States District Court. Our electronic filing are not in their entirety its just the initial generate first page.

(21) The facility mail room staff has access to my correspondence to the United States District Court, and is responsible for the release of our correspondence to the United States District Court.

(22) The clerk of the United States District Court, is responsible for reviewing the e-mailed document and uploads/files it in the courts CM/ECF. The Clerk is responsible for directing this facility to forward my original paper documents via United States mail.

(23) The exhibit thats included in this complaint is a copy of "Pendleton Correctional Facility, Facility Directive 187" and my inmate trust account record.

(24) I, Bradford Dean Bouye JR, has NO verification that my actual handwritten complaints, and motion's are not being sensored, modified or summarized. I need to know and see what's actully in front of the United States District Court Judge.

(25) I, Bradford Dean Bouye JR, United States ~~District~~ Constitutional 1st and 4th amendment rights are being

violated, its an matter of life or death.

## REMEDY

Prosecute all those conspiring criminal's to the fullest, 2 million dollars, and all retaliation to stop. DO NOT allow these people to place me on segregation (lock up) or their protective custody. DO NOT let these people transfer me. Too many overdose's and supposedly suicide's......

I, Bradford Dean Bouye JR #914329 declare under the penalty of prejury, that the foregoing is true to the best of my knowledge and belief..

*Bradford Dean Bouye*

7-8-2023