UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADFORD DEAN BOUYE, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-01279-JPH-TAB ) |
| CLERK OF THE U.S. DISTRICT COURT John and Jane Doe's, *Et al.*, | ) ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court has ordered that this action be **dismissed without prejudice**.

The Court now enters **FINAL JUDGMENT**.

Date: 11/20/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Carina Weed*

Deputy Clerk, U.S. District Court

Distribution:

BRADFORD DEAN BOUYE, JR.
914329
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064